58 A.3d 729

IN THE MATTER OF DONG SUNG KIM, AN ATTORNEY
AT LAW (ATTORNEY NO. 0056920090).

January 24, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–188, concluding that **DONG SUNG KIM** of **PALISADES PARK,** who was admitted to the bar of this State in 2009, should be reprimanded for violating *RPC* 1.5(b)(failure to communicate basis or rate of fee in writing), and *RPC* 3.3(lack of candor toward tribunal), and good cause appearing;

It is ORDERED that **DONG SUNG KIM** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.